IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:96-cr-141-F |
| | ) | |
| ABDUL RAHEEF BAKARE | ) | |

**O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss the Indictment as to Abdul Raheef Bakare (Doc. #15) filed on August 30, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 30th day of August. 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE